UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20259-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TANIA MICHEL,

    Defendant.
_____/

**ORDER CREDITING PAYMENT OF RESTITUTION**

This Cause is before the Court on Defendant's Motion for Order Crediting Payment On Restitution.  (D.E. 92.)  The Court has considered the motion and is otherwise fully informed in the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.  Defendant shall receive credit in the amount of $99.890.68 towards restitution.

DONE AND ORDERED in Chambers at Miami, Florida  this 6th day of June, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies furnished to:
counsel of record
US Probation Officer